UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

    -v-

JORDAN SALVATO,

    Defendant.

-------------------------------------------------------x

No. 22 CR ___-LTS

**22 CRIM 711**

## Order

    For the reasons stated on the record of the proceeding held on May 16, 2022, the Defendant's release conditions are hereby modified as follows:

    Defendant's time to meet the remaining conditions imposed on April 29, 2022, is extended to June 1, 2022.

    Following his guilty plea, Mr. Salvato will receive his British passport from Pre-Trial Services and return to the United Kingdom forthwith.

    While on pre-trial release, Mr. Salvato must check in weekly with the Pre-Trial Services Officer via telephone or videoconference; and

    Mr. Salvato must not leave the United Kingdom without the Pre-Trial Services Officer's express authorization.

    The previously-imposed release conditions remain in effect in all other respects.

    SO ORDERED.

Dated: New York, New York
       May 16, 2022

                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge