UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

                                  :

UNITED STATES OF AMERICA

                                  :    CONSENT PRELIMINARY ORDER

- v. -                             OF FORFEITURE/

                                  :    MONEY JUDGMENT

JORDAN SALVATO,

                                  :    22 Cr. 711 (LTS)

        Defendant.

                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

WHEREAS, on or about May 16, 2022, JORDAN SALVATO (the "Defendant"), was charged in a one-count Information, 22 Cr. 711 (LTS) (the "Information"), with conspiracy to commit computer fraud, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 1030(i), of any and all property, real or personal, constituting or derived from, any proceeds obtained directly or indirectly, as a result of the offense charged in Count One of the Information, and any personal property that was used or intended to be used to commit or to facilitate the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about May 5, 2022 the Defendant pled guilty to Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $170,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Daniel G. Nessim, of counsel, and the Defendant and his counsel, Andrew John Dalack, Esq., that:

1.      As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $170,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JORDAN SALVATO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By:  _David Nessim_____          4/5/2024____
         DANIEL G. NESSIM                                             DATE
         Assistant United States Attorney
         26 Federal Plaza, 37th Floor
         New York, NY 10278
         (212) 637-2486


JORDAN SALVATO


By:  _____  for Jordan Salvato   4/6/2024____
         JORDAN SALVATO                                          DATE


By:  _____                             4/6/2024____
         ANDREW JOHN DALACK, ESQ.                      DATE
         Attorney for Defendant
         Federal Defenders of New York, Inc. (NYC)
         52 Duane Street, 10th Floor
         New York, NY 10007


SO ORDERED:

/s/ Laura Taylor Swain                                          4/10/24____
_____                                       DATE
HONORABLE LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE